UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| CHRISTOPHER ELLIS,<br><br>             Plaintiff,<br>   v.<br>MICHAEL J. ASTRUE,<br><br>             Defendant.<br>_____/ | No. C 11-00417 LB<br><br>**ORDER DIRECTING PLAINTIFF TO FILE CONSENT/DECLINATION FORM** |

    This civil case was randomly assigned to United States Magistrate Judge Laurel Beeler for all purposes including trial. In accordance with 28 U.S.C. § 636(c), magistrate judges are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Judge Beeler may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

    Plaintiff has not filed a written consent to Judge Beeler's jurisdiction. Plaintiff also has the right to have the case assigned to a United States District Judge for trial and disposition. Accordingly, Plaintiff shall inform the Court whether he consents to Judge Beeler's jurisdiction or requests reassignment to a United States District Judge. The consent/declination form shall be filed by February 14, 2011.

    **IT IS SO ORDERED.**

Dated: January 31, 2011

                                                                               _____<br>
                                                                               LAUREL BEELER<br>
                                                                               United States Magistrate Judge

ORDER<br>C 11-00417

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| CHRISTOPHER ELLIS,<br><br>             Plaintiff(s),<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br><br>             Defendant(s).<br>_____/ | No.  C 11-00417 LB<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____           _____
                                                                            Signature

                                                                            Counsel for _____
                                                                            (Plaintiff, Defendant or indicate "pro se")

C 11-00417

1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                               Northern District of California
10                                      Oakland Division

11 | CHRISTOPHER ELLIS,                         No. C 11-00417 LB
12 |         Plaintiff,                         **DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**
13 |    v.
14 | MICHAEL J. ASTRUE,
15 |         Defendant.
16 | _____/

17    REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

18    The undersigned party declines to consent to the assignment of this case to a United States
19 Magistrate Judge and requests the reassignment of this case to a United States District Judge.

20
21    Dated: _____          Signature_____
22                                          Counsel for _____
                                            (Plaintiff, Defendant, or indicate "pro se")
23
24
25
26
27
28

C 11-00417